## Thomas Piser, Plaintiff in Error, v. Serota and Gans et al., Defendants in Error.

### Gen. No. 17,586.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by Thomas Piser against Serota and Gans, doing business as Serota & Gans, American Badge Co., a corporation, Frank Smith, A. L. Mendelson and Max Gutkowsky, to recover on a promissory note indorsed to plaintiff. From a judgment for defendants, plaintiff brings error.

HARRY M. FISHER, for plaintiff in error.

WILLIAM A. JENNINGS, for defendants in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 457*—*power to become accommodation indorser.* A commercial corporation has no power to become an accommodation indorser of negotiable paper.

2. CORPORATIONS, § 454*—*when indorsement on note not descriptio personae.* An indorsement on a promissory note "American Badge Co., Frank A. Smith, Pres." is an indorsement of the corporation, and extrinsic evidence is not admissible to show who was intended to be bound.

3. CORPORATIONS, § 297*—*personal liability of officers for ultra vires acts.* An officer authorized to act for the corporation and who discloses for whom he is acting is not personally liable upon an indorsement upon a note made by him in the name of the corporation, when the indorsement is *ultra vires* the corporation.

4. BILLS AND NOTES, § 247*—*when purchaser charged with notice of want of power of corporation to indorse.* One purchasing a promissory note, knowing that the name of a corporation was

indorsed thereon for accommodation, takes subject to all defenses arising from lack of power of such corporation to become such indorser.

---

## M. Friedlander, Plaintiff in Error, v. I. V. Edgerton, Defendant in Error.

### Gen. No. 17,701.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. OSCAR M. TORRISON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913. Rehearing denied and opinion modified and refiled October 27, 1913.

### Statement of the Case.

Action by M. Friedlander against I. V. Edgerton to recover the difference between the value of a car of poultry and a check sent to defendants. From a judgment for defendant for $35.72 on a claim of set-off, plaintiff brings error.

ROSENTHAL & KURZ, for plaintiff in error.

ELA, GROVER, MARCH & ECKERT, for defendant in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*sufficiency of abstract.* An abstract which is little more than an index is wholly insufficient.

2. APPEAL AND ERROR, § 866*—*what abstract must show.* The abstract must show everything on which error is assigned for reversal of judgment.

---

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.